DVORAK & ASSOCIATES, LLC
390 George Street, 8th Floor
New Brunswick  NJ  08901
(732) 317-0130  FAX (732) 317-0140
Attorney for Defendant Joseph Graffagnino

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON, NEW JERSEY

| | |
|---|---|
| **HASSAN CHERRY**<br><br>    **Plaintiff**<br><br>                    vs.<br><br>**COUNTY OF MIDDLESEX NEW JERSEY, COUNTY OF MIDDLESEX BOARD OF FREEHOLDERS, MIDDLESEX COUNTY ADULT CORRECTION CENTER, EDWARD CHICCHI, FREEHOLDER(S) ASSIGNED TO AND/OR IN CHARGE OF THE MIDDLESEX COUNTY ADULT CORRECTION CENTER, JOSEPH GRAFFAGNINO, JAMES SHAPIRO, MICHAEL DELANOY, R. CHRISTIANSEN, ARTHUR BROWN, C. BARTH, B. BAVOSA, SCOTT NAPRAVNIK, C. BARTH, M. RODZIEWICZ, PAUL M. DEAMICIS, DEPUTY COURT ADMINISTRATOR OF THE NORTH BRUNSWICK MUNICIPAL COURT, SHERAL ROSSMANN, ADMINISTRATOR OF THE NORTH BRUNSWICK MUNICIPAL COURT, NORTH BRUNSWICK MUNICIPAL COURT, NORTH BRUNSWICK TOWNSHIP, MARY DOES 1-30, JOHN SMITHS 1-30 AND MARY SMITHS 1-30**<br><br>    **Defendants.** | Civil Action No. 3:09-cv-01499 (MLC-LHG)<br><br><br>**NOTICE OF CROSS MOTION FOR MORE DEFINITE STATEMENT** |

**SIRS:**

**PLEASE TAKE NOTICE** that the undersigned attorneys for Defendant Joseph Graffagnino, will apply to the above-named Court at the United States District Court, Trenton, New Jersey for an Order granting Defendant's Cross Motion for a more definite statement.

**PLEASE TAKE FURTHER NOTICE** that in support of said motion, plaintiffs shall rely upon the Brief and Certification submitted by John F. Gillick, Esq. on behalf of Defendant, Michael Delanoy, and the attached Certification of Francis D. Engracia, Esq.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 6(d) of the General Rules of this Court, a proposed Order is annexed hereto.

                                            **DVORAK & ASSOCIATES, LLC**
                                            Attorneys for Defendant, Joseph Graffagnino

Dated: December 8, 2009                    By: */s/ Francis D. Engracia*
                                                    **FRANCIS D. ENGRACIA, ESQ.**