**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HASSAN CHERRY,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MIDDLESEX, et al.,<br><br>　　Defendants. | CIVIL ACTION NO. 09-1499 (MLC)<br><br>**O P I N I O N** |

**THE DEFENDANTS** County of Middlesex New Jersey, Middlesex County Adult Correction Center, Edward Cicchi (sued here as ("s/h/a") "Edward Chicchi"), Mark Rodziewicz (s/h/a "M. Rodziewicz"), Paul DeAmicis (s/h/a "Paul M. De Amicis"), Richard Christiansen (s/h/a "R. Christiansen"), and Connie W. Barth (s/h/a "C. Barth") (collectively, "Middlesex Defendants") move to dismiss the Second Amended Complaint insofar as it is asserted against them. (Dkt. entry no. 89, Middlesex Defs.' Mot.; see also dkt. entry no. 61, 2d Am. Compl.) The remaining defendants, through a series of separately filed motions, also move to dismiss the Second Amended Complaint insofar as it is asserted against them. (See dkt. entry no. 91, Graffagnino Mot.; dkt. entry no. 92, Freeholder Defs.' Mot.; dkt. entry no. 93, Shapiro Mot.; dkt. entry no. 94, Delanoy Mot.; dkt. entry no. 95, Brown & Bavosa Mot.; dkt. entry no. 96, Napravnik Mot.)

Those defendants join in the brief by the Middlesex Defendants. (See Graffagnino Mot. at 2; Freeholder Defs.' Mot. at 2; Shapiro Mot. at 2; Delanoy Mot. at 2; Brown & Bavosa Mot. at 2; Napravnik Mot. at 2.)

**THE PLAINTIFF**, Hassan Cherry, failed to oppose the several motions. Cherry is represented by counsel, Attorney Gerald Gordon.

**THE COURT** referred the several motions to the Magistrate Judge for a Report & Recommendation. (See text entry immediately before dkt. entry no. 97.) The Magistrate Judge thereafter issued the Report & Recommendation. (Dkt. entry no. 98, R&R.) The Magistrate Judge, upon consideration of the facts of this case in light of Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863 (3d Cir. 1984), recommends that the Court grant each motion and dismiss the Second Amended Complaint with prejudice. (See generally R&R.)

**THE COURT** now considers the Report & Recommendation without oral argument pursuant to Local Civil Rules 72.1(c)(2) and 78.1(b). Neither the plaintiff nor the defendants have objected to the Report & Recommendation. It thus appears that the parties agree with the Magistrate Judge's findings and conclusions. It also appears, upon the Court's independent review of the Report & Recommendation, that the Magistrate Judge thoroughly reviewed the record in this action and correctly

concluded that the Second Amended Complaint should be dismissed with prejudice.

    **THE COURT**, for good cause appearing, will thus issue an appropriate Order and Judgment.

                                         s/ Mary L. Cooper  
                                        **MARY L. COOPER**  
                                        United States District Judge

Date:    September 5, 2012