UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

| | |
|---|---|
| HASSAN CHERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF MIDDLESEX, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 09-1499 (MLC)<br><br>**ORDER & JUDGMENT** |

For the reasons stated in the Court's September 5, 2012 Opinion, **IT IS** on this    5th    day of September, 2012, **ORDERED** that the Report & Recommendation (dkt. entry no. 98) is **ADOPTED** as the Court's findings of fact and conclusions of law; and

**IT IS FURTHER ORDERED** that the motion to dismiss by the defendants County of Middlesex New Jersey, Middlesex County Adult Correction Center, Edward Chicchi, M. Rodziewicz, Paul M. De Amicis, R. Christiansen, and C. Barth (dkt. entry no. 89) is **GRANTED**; and

**IT IS FURTHER ORDERED** that the motion to dismiss by the defendant Joseph Graffagnino (dkt. entry no. 91) is **GRANTED**; and

**IT IS FURTHER ORDERED** that the motion to dismiss by the defendants County of Middlesex Board of Freeholders and Freeholder(s) Assigned to and/or in Charge of the Middlesex County Adult Correction Center (dkt. entry no. 92) is **GRANTED**; and

**IT IS FURTHER ORDERED** that the motion to dismiss by the defendant James Shapiro (dkt. entry no. 93) is **GRANTED**; and

**IT IS FURTHER ORDERED** that the motion to dismiss by defendant Michael Delanoy (dkt. entry no. 94) is **GRANTED**; and

**IT IS FURTHER ORDERED** that the motion to dismiss by defendants B. Bavosa and Arthur Brown (dkt. entry no. 95) is **GRANTED**; and

**IT IS FURTHER ORDERED** that the motion to dismiss by defendant Scott Napravnik (dkt. entry no. 96) is **GRANTED**; and

**IT IS FURTHER ADJUDGED** that the Second Amended Complaint (dkt. entry no. 61) is **DISMISSED**; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate this action as **TERMINATED** insofar as it has been brought against the fictional defendants "MARY DOES 1-30", "JOHN SMITHS 1-30", and "MARY SMITHS 1-30"; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate this action **CLOSED**.

                                                 s/ Mary L. Cooper
                                                **MARY L. COOPER**
                                                United States District Judge